MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California  93721
Telephone:  (559) 443-7442
Facsimile:  (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KYLE SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:20-cr-00170-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING MOTION BRIEFING SCHEDULE; AND ORDER** |
| v. | |
| KYLE SMITH, | |
| Defendant. | |

**STIPULATION**

Defense counsel has determined it is appropriate and necessary to file a Motion to Suppress regarding evidence located at Mr. Smith's home.

In Addition to the 30,000 pages of discovery previously provided, the government recently produced supplemental discovery in this matter that bears on the Motion to Suppress. Counsel for defendant desires additional time to consult with his client, conduct further investigation, review the supplemental discovery, prepare for an evidentiary hearing, prepare for a possible trial, and to continue to explore a potential resolution of the case.

IT IS HEREBY STIPULATED by and between defense counsel Michael McKneely, and Assistant U.S. Attorneys Justin J. Gilio and Antonio J. Pataca, that the motions filing schedule be SET as follows:

| | | |
|---|---|---|
| 1 | Defense motions due: | **October 29, 2021** |
| 2 | Government oppositions due: | **December 1, 2021** |
| 3 | Defense replies due: | **December 22, 2021** |
| 4 | Hearing on motions: | **January 10, 2022** |

The parties also stipulate that the Status Conference currently set for October 27, 2021 be vacated and continued until **January 26, 2022**.

Further, the parties stipulate that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv), time shall be excluded in the interest of justice to **January 26, 2022**, to permit review of supplemental discovery, investigation, drafting and filing of motions and hearing on the motions, and preparation for trial.

IT IS SO STIPULATED

DATED: October 15, 2021         MICHAEL McKNEELY,
                                CRIMINAL DEFENSE ATTORNEY

                         By:    s/ Michael McKneely
                                MICHAEL McKNEELY
                                Attorney for Kyle Smith

DATED: October 15, 2021         PHILLIP A. TALBERT
                                Acting United States Attorney

                         By:    s/ ANTONIO J. PATACA by authorization
                                JUSTIN J. GILIO
                                ANTONIO J. PATACA
                                Assistant United States Attorneys

## **FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the proposed motions schedule is adopted and ordered. Further, the status conference hearing set for October 27, 2021 is vacated, and a motion filing schedule be SET as follows:

| | | |
|---|---|---|
| | Defense motions due: | **October 29, 2021** |
| | Government oppositions due: | **December 1, 2021** |

| | | |
|---|---|---|
| 1 | Defense replies due: | **December 22, 2021** |
| 2 | Hearing on motions: | **January 10, 2022 at 10:00 am before** |
| 3 | | **District Judge Dale A. Drozd** |

4   IT IS FURTHER ORDERED THAT the Court sets a **January 26, 2022 status**
5   conference hearing **at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.
6   The period of time from October 27, 2021, through **January 26, 2022**, is deemed
7   excludable pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A),
8   (h)(7)(B)(i), and (iv), in the interest of justice.

10  IT IS SO ORDERED.

11  Dated:   **October 18, 2021**            /s/ *Barbara A. McAuliffe*
12                                           UNITED STATES MAGISTRATE JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

Stipulation Regarding Motion Briefing Schedule; [Proposed] Order        -3-