PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00170-DAD-BAM |
| Plaintiff, | STIPULATION FOR REVISED BRIEFING SCHEDULE; ORDER |
| v. | COURT: Hon. Barbara A. McAuliffe |
| KYLE SMITH, | |
| Defendant. | |

**BACKGROUND**

IT IS HEREBY STIPULATED by and between the Defendant, KYLE SMITH, his attorney of record, Michael McKneely, and Assistant United States Attorneys, JUSTIN J. GILIO and ANTHONY J. PATACA, that a request for an extension for the motions briefing schedule be granted.

**STIPULATION**

1. On October 19, 2021, based upon the stipulation and representations of the parties, the Court adopted and ordered a proposed motions schedule as follows: Defense motions due October 29, 2021; Government oppositions due December 1, 2021; and Defense replies due December 22, 2021. A hearing on motions was set for January 10, 2022, at 10:00 AM before District Judge Dale A. Drozd.

2. On October 28, 2021, Defendant filed a motion to suppress evidence.

3. The parties are engaged in active settlement negotiations and request additional time to pursue a resolution of the case, and if that fails, prepare and file the relevant opposition and reply briefs.

The parties agree the following extension of time will be adequate:

      a)    Government Opposition due December 10, 2021

      b)    Defense Reply due December 31, 2021

      c)    Hearing remains Jan. 10, 2022, at 10:00 AM before District Judge Dale A. Drozd

IT IS SO STIPULATED.

Dated: November 24, 2021            PHILLIP A. TALBERT
                                     Acting United States Attorney

                                       /s/ JUSTIN J. GILIO
                                     JUSTIN J. GILIO
                                     Assistant United States Attorney

Dated: November 24, 2021           /s/ Michael McKneely
                                     Michael McKneely
                                     Counsel for Defendant
                                     KYLE SMITH

1
2
3
4  **FINDINGS AND ORDER**

5  GOOD CAUSE APPEARING, the above request to extend the time for motions briefing is
6  granted. The government's opposition brief in case number 1:20-CR-00170-DAD-BAM is due by
7  December 10, 2021 and Defendant's reply is due by December 31, 2021.  The motions hearing remains
8  set for January 10, 2022, at 10:00 AM before District Judge Dale A. Drozd.
9
10  IT IS SO ORDERED.

11  Dated:   **November 28, 2021**              /s/ *Barbara A. McAuliffe*
12                                            UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING BRIEFING SCHEDULE            3