PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KYLE SMITH,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:20-CR-00170-DAD-BAM<br><br>STIPULATION FOR REVISED BRIEFING SCHEDULE; ORDER<br><br>COURT: Hon. Barbara A. McAuliffe |

**BACKGROUND**

IT IS HEREBY STIPULATED by and between the Defendant, KYLE SMITH, his attorney of record, Michael McKneely, and Assistant United States Attorneys, JUSTIN J. GILIO and ANTHONY J. PATACA, that a request for an extension for the motions briefing schedule be granted.

**STIPULATION**

1. On October 28, 2021, Defendant filed a motion to suppress evidence.

2. On November 29, 2021, based upon the stipulation and representations of the parties, the Court adopted and ordered a revised motions schedule as follows: Government opposition due December 10, 2021; Defense replies due December 22, 2021; and a hearing on January 10, 2022, at 10:00 AM before District Judge Dale A. Drozd.

3. The parties continue to work towards a settlement and request additional time to pursue a resolution of the case, and if that fails, prepare and file the relevant opposition and reply briefs. The

parties agree the following extension of time will be adequate:

      a)    Government Opposition due December 24, 2021

      b)    Defense Reply due December 31, 2021

      c)    Hearing remains Jan. 10, 2022, at 10:00 AM before District Judge Dale A. Drozd

IT IS SO STIPULATED.

Dated:  December 10, 2021        PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                          /s/ JUSTIN J. GILIO
                                                          JUSTIN J. GILIO
                                                          Assistant United States Attorney

Dated:  December 10, 2021        /s/ Michael McKneely
                                                          Michael McKneely
                                                           Counsel for Defendant
                                                          KYLE SMITH

# FINDINGS AND ORDER

GOOD CAUSE APPEARING, the above request to extend the time for motions briefing is granted. The government's opposition brief in case number 1:20-CR-00170-DAD-BAM is due by December 24, 2021 and Defendant's reply is due by December 31, 2021.  The motions hearing remains set for January 10, 2022, at 10:00 AM before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **December 10, 2021**              /s/ *Barbara A. McAuliffe*       _
                                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING BRIEFING SCHEDULE                 3