PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE WAYNE SMITH,<br><br>Defendant. | CASE NO. 1:20-CR-00170-ADA-SKO<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on December 11, 2023, at 2:00 p.m.

2. By this stipulation, defendant now moves to advance the status conference from December 11, 2023, at 2:00 p.m. to November 28, 2023.

3. No exclusion of time is necessary as this matter involves a violation of probation.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 17, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | By:  /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: November 17, 2023 | /s/ MIKE MCKNEELY<br>Attorney for Defendant Kyle Wayne Smith |

# **O R D E R**

This matter was set for a status conference on December 11, 2023, at 2:00 p.m..
The status conference is hereby advanced from December 11, 2023, at 2:00 p.m. to November 28, 2023.
The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **November 17, 2023**                           _____
UNITED STATES MAGISTRATE JUDGE