Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
KYLE SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:20-CR-00170-DAD-BAM |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| KYLE SMITH, | |
| Defendant. | |

TO THE HONORABLE JUDGE DALE A DROZD AND TO THE UNITED STATES ATTORNEY:

On March 13, 2023, Defendant Kyle Smith was arrested on a petition for violation of probation. CJA Panel Attorney Michael McKneely was appointed as trial counsel to represent Mr. Smith on March 13, 2023 in his criminal case. Mr. Smith was sentenced on February 20, 2024. The deadline for filing a direct appeal was March 12, 2024. No direct appeal was filed. Mr. Smith was in custody at sentencing. The trial phase of Mr. Smith's criminal case has, therefore, concluded. Having completed his representation of Mr. Smith, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Smith require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300

Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

DATED: March 3, 2025                McKNEELY LAW FIRM

By:  s/ Michael McKneely
     Michael McKneely
     Attorneys for Kyle Smith

**ORDER**

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Smith seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Smith at the following address, and to update the docket to reflect Mr. Smith's *pro se* status, and contact information.

> Mr. Kyle Smith
> 10506 S. Chestnut
> Fresno, CA 93725

IT IS SO ORDERED.

Dated: __March 3, 2025__

_____
UNITED STATES DISTRICT JUDGE