ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00170-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KYLE WAYNE SMITH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on December 3, 2025, at 2:00 PM.

2. By this stipulation, the parties now move to continue the status conference to December 30, 2025. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated: December 1, 2025                ERIC GRANT
                                       United States Attorney

                                       /s/ ANTONIO J. PATACA
                                       ANTONIO J. PATACA
                                       Assistant United States Attorney


Dated: December 1, 2025                /s/ MIKE MCKNEELY
                                       MIKE MCKNEELY
                                       Counsel for Defendant
                                       KYLE WAYNE SMITH

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 3, 2025, to **December 30, 2025 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **December 1, 2025**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE