ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00170-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING STATUS CONFERENCE; ORDER |
| v. | COURT: Hon. Erica P. Grosjean |
| KYLE SMITH, | |
| Defendant. | |

**BACKGROUND**

IT IS HEREBY STIPULATED by and between the Defendant, KYLE SMITH, his attorney of record, Michael McKneely, and Assistant United States Attorneys, JUSTIN J. GILIO and ANTHONY J. PATACA, that the status conference in the above-listed case be continued January 8, 2026, at 2 P.M. IT IS SO STIPULATED.

Dated: December 23, 2025          ERIC GRANT
                                  United States Attorney

                                  /s/ JUSTIN J. GILIO
                                  JUSTIN J. GILIO
                                  Assistant United States Attorney

Dated: December 23, 2025          /s/ Michael McKneely
                                  Michael McKneely
                                  Counsel for Defendant
                                  KYLE SMITH

STIPULATION REGARDING STATUS CONFERENCE         1

**ORDER**

Based on the above stipulation, the parties' request to CONTINUE the STATUS CONFERENCE to January 8, 2026, at 2:00 P.M. before the Duty Magistrate Judge is granted.

IT IS SO ORDERED.

Dated: __December 23, 2025__          /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE